**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeannie Lynn Danielson** | Social Security number or ITIN | **xxx–xx–1119** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michael Thomas Danielson** | Social Security number or ITIN | **xxx–xx–7723** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter | **7   1/27/20** |
| Case number: | **20–80140** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeannie Lynn Danielson | Michael Thomas Danielson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1486 Pebble Lane<br>Crystal Lake, IL 60014 | 1486 Pebble Lane<br>Crystal Lake, IL 60014 |
| 4. | **Debtor's attorney**<br>Name and address | Warren Katz<br>Upright Law<br>79 West Monroe<br>5th Floor<br>Chicago, IL 60603 | Contact phone 3122731147<br>Email: wkatz@uprightlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, IL 61108 | Contact phone 815–962–6611<br>Email: jimstevens@bslbv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1−866−222−8029<br><br>Date: 1/27/20 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 17, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**308 West State Street, Room 40, Rockford, IL 61101** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                             Case No. 20-80140-TML
Jeannie Lynn Danielson                                             Chapter 7
Michael Thomas Danielson
       Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Jan 27, 2020
                              Form ID: 309A            Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db/jdb         +Jeannie Lynn Danielson,    Michael Thomas Danielson,    1486 Pebble Lane,
                 Crystal Lake, IL 60014-1980
tr             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, IL 61108-2582
28583918       +American Eagle Bank,    Attn: Bankruptcy,    556 Randall Road,    South Elgin, IL 60177-3315
28583920       +Athletico,   PO BOX 74007003,    Chicago, IL 60674-7003
28583930       +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
28583934       +Comenity/Wyndham,    Attn: Bankrupcty,    Po Box 182125,    Columbus, OH 43218-2125
28583940       +Eentegra Health System,    P.O. Box 650292,   Dallas, TX 75265-0292
28583942       +Grant and Webber Inc,    5586 South Fort Apache Road,    STE 110,    Las Vegas, NV 89148-7682
28583946       +Jesse Freier,    1486 Pebble Lane,    Crystal Lake, IL 60014-1980
28583948       +Lab Corp,   P.O.Box 2240,    Burlington, NC 27216-2240
28583949       +MCCI,   Attn: Bankruptcy,    Po Box 445,   Decatur, IL 62525-0445
28583957       +MOHELA,   Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
28583950       +McHenry Radiologist,    P.O. Box 220,   McHenry, IL 60051-0220
28583951       +Med Business Bureau,    Attn: Bankruptcy,   1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28583953       +Medcredit Inc,    P.O. Box 1629,    Maryland Heights, MO 63043-0629
28583955       +Midwest Bones and Joints,    2350 Royal Blvd,    STE 200,   Elgin, IL 60123-4718
28583956       +Mnet Financial,    95 Argonaut,    STE 200,   Aliso Viejo, CA 92656-4147
28583965       +Northwestern Medicine,    P.O. Box 4090,   Carol Stream, IL 60197-4090
28583966       +OAC Collection Specialists,    Attn: Bankruptcy,    Po Box 500,    Baraboo, WI 53913-0500
28583968       +Radius Global Solutions,    PO BOX 390846,   Minneapolis, MN 55439-0846
28583969       +Specialized Loan Servicing,    8742 Lucen Blvd,    STE 300,   Littleton, CO 80129-2386
28583978        Wakefield & Associates,    PO Box 50250,   Knoxville, TN 37950-0250
28583979       +Westword 360 INC,    4311 North Ravenswood Ave,    STE 200,   Chicago, IL 60613-1192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: wkatz@uprightlaw.com Jan 28 2020 03:03:20     Warren Katz,    Upright Law,
                 79 West Monroe,    5th Floor,    Chicago, IL  60603
28583917       +EDI: GMACFS.COM Jan 28 2020 07:18:00      Ally Financial,   Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
28583919       +EDI: RMCB.COM Jan 28 2020 07:18:00      American Medical Collection Agency,
                 4 Westchester Plza BLDG 4,    Elmsford, NY 10523-1615
28583921       +EDI: TSYS2.COM Jan 28 2020 07:18:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 Po Box 8801,    Wilmington, DE 19899-8801
28583925       +EDI: CAPITALONE.COM Jan 28 2020 07:19:00      Capital One,   ATTN BANKRUPTCY,    O BOX 30285,
                 Salt Lake City, UT 84130-0285
28583923       +EDI: CAPITALONE.COM Jan 28 2020 07:19:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
28583928       +EDI: CAPONEAUTO.COM Jan 28 2020 07:19:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
28583929       +EDI: CAPITALONE.COM Jan 28 2020 07:19:00      Capital One/Walmart,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
28583931       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28583932       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Comenity Bank/Kingsize,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28583933       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28583937       +EDI: WFNNB.COM Jan 28 2020 07:19:00      ComenityBank/Venus,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
28583935       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Comenitybank/Jared,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
28583936       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Comenitybank/Meijer,    Attn: Bankruptcy,
                 Po Box 182273,    Columbus, OH 43218-2273
28583938       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 28 2020 03:15:28     Credit One,
                 P.O Box 60500,    City of Industry, CA 91716-0500
28583939        EDI: DISCOVER.COM Jan 28 2020 07:18:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
28583941        EDI: FORD.COM Jan 28 2020 07:18:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
28583944       +EDI: PHINHARRIS Jan 28 2020 07:18:00      Harris and Harris,    111 W. Jackson Blvd, Ste 400,
                 Chicago, IL 60604-4135
28583947       +E-mail/Text: bncnotices@becket-lee.com Jan 28 2020 03:04:25     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
28583954       +EDI: PARALONMEDCREDT Jan 28 2020 07:18:00      Medicredit Inc.,    Attn: Bankruptcy Department,
                 Po Box 1629,    Maryland Heights, MO 63043-0629
28583962       +EDI: NAVIENTFKASMSERV.COM Jan 28 2020 07:18:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
                 Wilkes-Barre, PA 18773-9640
28583961       +EDI: NAVIENTFKASMSERV.COM Jan 28 2020 07:18:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
                 Wiles-Barr, PA 18773-9640
```

```
District/off: 0752-3              User: kkrystave              Page 2 of 2                   Date Rcvd: Jan 27, 2020
                                  Form ID: 309A                Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
28583964       +E-mail/Text: bnc@nordstrom.com Jan 28 2020 03:04:33      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
28583967        E-mail/Text: info@phoenixfinancialsvcs.com Jan 28 2020 03:03:42
                 Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,    Indianapolis, IN 46236
28583970       +EDI: RMSC.COM Jan 28 2020 07:19:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
28583971       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
28583972       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
28583973       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
28583974       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
28583975       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
28583976       +EDI: RMSC.COM Jan 28 2020 07:19:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
28583977       +EDI: WTRRNBANK.COM Jan 28 2020 07:18:00      Target,    c/o Financial & Retail Srvs,
                 Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
28583981        E-mail/Text: bankruptcydept@wyn.com Jan 28 2020 03:06:41      Wyndham Vacation Ownership,
                 Attn: Bankruptcy,    Po Box 98940,    Las Vegas, NV 89193
28583980       +EDI: WFNNB.COM Jan 28 2020 07:19:00      Woman Within,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
                                                                                               TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28583922*      +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
28583924*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
28583926*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
28583927*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
28583943*      +Grant and Webber Inc,    5586 South Fort Apache Road,    STE 110,   Las Vegas, NV 89148-7682
28583945*      +Harris and Harris,    111 W. Jackson Blvd, Ste 400,    Chicago, IL 60604-4135
28583958*      +MOHELA,   Attn: Bankruptcy,    633 Spirit Dr,   Chesterfield, MO 63005-1243
28583959*      +MOHELA,   Attn: Bankruptcy,    633 Spirit Dr,   Chesterfield, MO 63005-1243
28583960*      +MOHELA,   Attn: Bankruptcy,    633 Spirit Dr,   Chesterfield, MO 63005-1243
28583952*      +Med Business Bureau,    Attn: Bankruptcy,    1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28583963*      +Navient,   Attn: Bankruptcy,    Po Box 9640,   Wilkes-Barre, PA 18773-9640
                                                                                           TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Warren Katz    on behalf of Debtor 2 Michael Thomas Danielson wkatz@uprightlaw.com,
               esloan@uprightlaw.com
              Warren Katz    on behalf of Debtor 1 Jeannie Lynn Danielson wkatz@uprightlaw.com,
               esloan@uprightlaw.com
                                                                                             TOTAL: 4
```